AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
FEB 11 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-MJ-00109 - 2 |
| Juan Carlos TERAN Arteaga | ) | |
| YOB: 1982  CITIZENSHIP: Mexico | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 15, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554 | Knowingly and fraudulantly attempted to smuggle cigarettes from the United States contrary to law. |
| 18 U.S.C. § 2342 (a)(b) | (a) It shall be unlawful for any person knowingly to ship, transport, receive, possess, sell, distribute, or purchase contraband cigarettes or contraband smokeless tobacco.<br>(b) It shall be unlawful for any person knowingly to make any false statement or representation with respect to the information required by this chapter to be kept in the records of any person who ships, sells, or distributes any quantity of cigarettes in excess of 10,000 in a single transaction. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved AUSA Mike Mitchell
2/11/20

Sworn to before me and signed in my presence.

Date: 2/11/20 - 8:27 a.h.

City and state: McAllen, Texas

*Complainant's signature*

Matthew Shoemaker U.S. HSI Special Agent
*Printed name and title*

*Judge's signature*

Honorable Juan F. Alanis U.S. Magistrate Judge
*Printed name and title*

Attachment A

On January 15, 2020, a Texas Department of Public Safety (DPS) trooper, conducted a traffic stop on tractor trailer that was observed committing a traffic violation. During the traffic stop, the driver of the tractor trailer, identified as Luis Enrique VAZQUEZ De La Cruz, presented DPS troopers with two separate bills of lading, one in English stating the cargo was used cloths, toys, and purses, the other in Spanish stating the cargo was bulk cotton.

During a search, DPS troopers discovered cigarettes in the trailer, later estimated to be approximately 16,800,000 foreign produced cigarettes.
After the discovery of the cigarettes, DPS troopers contacted Homeland Security Investigations (HSI) in McAllen, Texas to request assistance with the illegal cigarette smuggling investigation.

Through investigative means, HSI SA determined that an individual named Juan Carlos TERAN Arteaga was involved in the smuggling of the cigarettes on January 15, 2020, and an interagency database lookout was made for TERAN. TERAN was stopped at Anzalduas Port of Entry by Customs and Border Patrol (CBP) on February 10, 2020, and HSI SA responded to interview TERAN.

On February 10, 2020, an HSI Special Agent (SA) advised TERAN of his Miranda rights, TERAN stated he understood his rights and voluntarily waived them orally and in writing. TERAN made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them

TERAN stated he had provided VAZQUEZ with the false bills of lading for the trailer containing the contraband cigarettes. TERAN stated that he knew the trailer contained contraband cigarettes and that what he was doing was illegal. TERAN stated that he had worked with VAZQUEZ to smuggle the cigarettes from the United States into Mexico. TERAN stated after the cigarettes were seized, he had created additional false documents in order to legitimize the cigarettes.